**STATE of Missouri, Respondent,**

v.

**Vincent D. TAYLOR, Appellant.**

**No. WD 37358.**

Missouri Court of Appeals, Western District.

Aug. 19, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 25, 1986.

Sean O'Brien, Public Defender, Kansas City, Todd Wilhelmus, Asst. Public Defender, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and PRITCHARD and DIXON, JJ.

ORDER

PER CURIAM.

Appeal from conviction of murder in the second degree, § 565.004, RSMo 1978, and sentence of twenty years imprisonment.

Affirmed. Rule 30.25(b).